# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

Andre Hammond

CRIMINAL COMPLAINT

# 08 2549 PWG

CASE NUMBER _____

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **10/10/1989** in **Baltimore, Maryland,** in the District of Maryland, defendant(s) Andre Hammond did knowingly, willfully, and unlawfully move and travel in interstate commerce from the State of Maryland to avoid prosecution for the crimes of robbery with a deadly weapon and handgun used in committing a crime, felonies within the State of Maryland, in violation of Title **18** United States Code, Section **1073**

I further state that I am a(n) **Task Force Officer of the FBI,** and that this complaint is based on the following facts:
Official Title

SEE AFFIDAVIT WHICH IS ATTACHED HERETO & INCORPORATED HEREIN BY REFERENCE

Continued on the attached sheet and made a part hereof:  ☒ **YES**  ☐ No

_____
Julie Pitocchelli, Task Force Officer
Federal Bureau of Investigation
Fugitive Task Force

Sworn to before me and subscribed in my presence,

this ____ day of August, 2008, at Baltimore, Maryland

_____
United States Magistrate Judge
Signature of Judicial Officer

**PAUL W. GRIMM
CHIEF MAGISTRATE JUDGE
U.S. COURTHOUSE BLDG. RM 810
101 W. LOMBARD ST.
BALTIMORE, MD. 21201**